## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois . Western Division

IN RE:                                        CHAPTER 13
MATT REININGER
CHRISTINE REININGER                           CASE NO. 11-85312

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    Nationstar Mortgage LLC         Court claim #: 7**

**Last four digits** of any number used to identify the debtor's account: 0129

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $ 954.10 (Per Creditor's Proof of Claim) |
| | + 400.00 (Allowed Cost of Collection Claim |
| | $1354.10 |
| Amount Paid by Trustee | $1354.10 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐   Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/22/2017          /s/Lydia S. Meyer _____
                           Lydia S. Meyer, Trustee
                           308 W. State St., Suite 212
                           Rockford, IL  61101

### Certificate of Service
        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 22nd Day of March, 2017.

Dated:  3/22/17            /s/Cynthia K. Burnard _____

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS, TX 75261-9741

AURORA LOAN SERVICES INC
601-5TH AVENUE
PO BOX 1706
SCOTTSBLUFF, NE  69363-1706

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS, TX 75261-9741

MATT REININGER
CHRISTINE REININGER
4506 W. SHORE DR.
MCHENRY, IL  60050

ATTORNEY JAMES A. YOUNG
85 MARKET STREET
ELGIN, IL  61023